```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 30520
   FREDDIE TORRES
   DEANNE A TORRES                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
   SSN XXX-XX-1106     SSN XXX-XX-9584

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/17/04 and confirmed on 10/15/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  18980.50 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 5916.18 | .00 | 5916.18 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 2286.30 | .00 | 2286.30 |
| B FIRST LLC | UNSECURED | 962.26 | .00 | 173.21 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| GRDN/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3861.25 | .00 | 695.03 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3797.23 | .00 | 683.50 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 10448.84 | .00 | 1880.79 |
| COMCAST CABLE | UNSECURED | NOT FILED | .00 | .00 |
| FEDERAL CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE FAMILY MEDICINE | UNSECURED | NOT FILED | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| ANSLEY CONCORD | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| GRDN/CBUSA | UNSECURED | NOT FILED | .00 | .00 |
| SAMS | UNSECURED | NOT FILED | .00 | .00 |
| NCM TRUST | UNSECURED | 14848.78 | .00 | 2672.78 |
| RETAILERS NATIONAL BANK | UNSECURED | 6444.51 | .00 | 1160.01 |
| METROPOLITAN CU | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5354.83 | .00 | 963.87 |

```
      Summary of disbursements:
------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED  8202.48          .00     45717.70          .00      53920.18
PRINCIPAL PAID      8202.48          .00      8229.19          .00      16431.67
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID          8202.48          .00      8229.19          .00      16431.67
```

The Debtor's attorney, GREENBERG & ASSOC            , was allowed $   2550.00
and was paid $    920.00   direct and $   1630.00   through the plan.

The Trustee received $    773.02 .

Refunds to the Debtor totaled $    145.81 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/07/08                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 30520 FREDDIE TORRES & DEANNE A TORRES